UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Justin T. Quinn, U.S.M.J. |
| v. | : | Mag. No. 25-6009 (JTQ) |
| IRVIN BARRERA-SANTOS | : | **ORDER FOR DISMISSAL** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Alina Habba, the United States Attorney for the District of New Jersey (by Ian D. Brater, Assistant United States Attorney, appearing), hereby dismisses the Complaint against defendant IRVIN BARRERA-SANTOS, Magistrate Number 25-6009 (JTQ), which was filed on February 13, 2025, charging the defendant with illegal reentry, in violation of 8 U.S.C. § 1326(a), because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

*Alina Habba*
ALINA HABBA
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. JUSTIN T. QUINN
United States Magistrate Judge

Dated:  April 30, 2025